CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
OCT 08 2019
JULIA C. DUDLEY, CLERK
BY: HMcDonead
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| JERMAINE D. REAVES,<br>Plaintiff, | Civil Action No. 7:19-cv-00509 |
| v. | **MEMORANDUM OPINION** |
| PROPERTY DEPARTMENT, et al,<br>Defendant(s), | By: Jackson L. Kiser<br>Senior United States District Judge |

Plaintiff, proceeding pro se, filed a civil rights complaint, pursuant to 42 U.S.C. §1983. By order entered 9/9/2019, the court directed plaintiff to submit within 20 days from the date of the order the inmate account form, and a certified copy of plaintff's trust fund account statements, obtained from the appropriate prison official of each prison at which plaintiff is or was confined. Plaintiff was advised that a failure to comply would result in dismissal of this action without prejudice.

More than 20 days have elapsed, and plaintiff has failed to comply with the described conditions. Accordingly, the court dismisses the action without prejudice and strikes the case from the active docket of the court. Plaintiff may refile the claims in a separate action once plaintiff is prepared to comply with the noted conditions.

The Clerk is directed to send a copy of this Memorandum Opinion and accompanying Order to plaintiff.

ENTER: This 8th day of October, 2019.

*Jackson L. Kiser*
Senior United States District Judge